UNITED STATES DISTRICT COURT   **FILED**
NORTHERN DISTRICT OF OHIO

2019 AUG 29 AM 10: 36

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No: 3:19-mj-5304

v.

                                    Mag. Judge: James R. Knepp II

DANIEL SCHWARZ,

        Defendant.

_____/

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES, Michael J. Harrison, pursuant to Local Criminal Rule 57.5(h), hereby moves this Court for an Order for Admission to appear *Pro Hac Vice* in the above-referenced matter and in support of this Motion, submits the following:

1.      I am a member in good standing of the Bar of the State of Michigan, admitted in May 1995. In addition, I am a member, in good standing, of the United States District Court for the Eastern District of Michigan, admitted in June 1996; the United States District Court for the Northern District of Texas, admitted in August 1998; and the United States Court of Appeals for the Sixth Circuit, admitted in May 1997. I am currently a CJA Panel Attorney in the United States District Court for the Eastern District of Michigan. I was previously admitted to appear *Pro Hac Vice* in this District for the matter of United States v. Lamar Ladaire Lyons, 15-CR-00093.

2.      I have hand delivered the required filing fee to the clerk's office via check.

1

3.    A Certificate of Good Standing has been requested from the Clerk of Court for the United States District Court for the Eastern District of Michigan and will be provided to This Court forthwith.

                                    Respectfully submitted,

                                    */s/Michael J. Harrison*
                                    Michael J. Harrison (P52656)
                                    Harrison Law PLC
                                    Attorney for Defendant Daniel Schwarz
                                    40950 Woodward Ave, Suite 100
                                    Bloomfield Hills, MI 48304
                                    (248) 220-3324
                                    Michael@harrisonlawplc.com

Dated: August 28, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I sent the foregoing document by electronic mail to all parties of record.

                                    */s/ Nicholas A. Galea*

2